# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2020 KW 0424

VERSUS

DONALD BARNES

**JULY 06, 2020**

---

In Re: Donald Barnes, applying for supervisory writs, 20th Judicial District Court, Parish of West Feliciana, No. 12-WCR-177.

---

**BEFORE: McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT DENIED.** Relator filed a motion in West Feliciana Parish requesting documents that pertain to his conviction in Orleans Parish. Relator should seek relief in the parish of conviction.

**JMM**
**MRT**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT